AUSA

FILED
MAY 19 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8449

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br>v.<br>Luis Fernando RUIZ-Ramirez (1)<br>Wilberth MAY-Martin (2)<br>Nazario Guadalupe EK-Ek (3)<br>Material Witnesses. | Magistrate No.<br>COMPLAINT FOR VIOLATION OF:<br>Title 18 U.S.C. § 3144<br>F.R.Crim.P. [Material Witness] |

The undersigned complainant being duly sworn states:

That on or about May 16, 2008, within the Southern District of California, material witnesses, Luis Fernando RUIZ-Ramirez, Wilberth MAY-Martin, and Nazario Guadalupe EK-Ek, are witnesses in support of the petition alleging "J.G.D.L." was bringing fifteen illegal aliens into the United States, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii), Illegal Transportation of Aliens. The Material Witnesses testimony is essential to support the petition in the State of California Juvenile Court against the minor and whose whereabouts at the time of jurisdictional trial will be a foreign

country, or unknown, a warrant for their arrest should be issued, and they should be detained until their testimony can be secured. The affiant further alleges that the above-referenced material witnesses are citizens and native of Mexico with no legal right to remain in the United States, and have no apparent means of support or family ties. Therefore, the above-referenced material witnesses are material witnesses under Title 18, United States Code, Section 3144.

This complainant states that this complaint is based on the attached Probable Cause Statemnt incorporated herein by reference.

DATED: May 19th, 2008.

VICTOR RODRIGUEZ
Senior Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 19TH DAY OF MAY, 2008.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

I, Senior Border Patrol Agent Mikuski declare under penalty of Perjury, the following is true and correct:

# PROBABLE CAUSE STATEMENT

in support of Material Witness Complaint

Michael Mikuski, being duly sworn, deposes and says:

1. I am a Senior Patrol Agent with the United States Border Patrol, assigned to the El Centro Sector Prosecutions Unit. This affidavit is made in support of a material witness complaint, pursuant to Title 18, United States Code, Section 3144, for Luis Fernando RUIZ-Ramirez, Wilberth MAY-Martin, Nazario Guadalupe EK-Ek. This application seeks the Witnesses detention so their testimony may be secured for trial in the Southern District of California.

2. The United States Government has indicted Jesus G. D. L.(Juvenile), within the State of California's Court system for the violations of 8 U.S.C. section 1324, Transportation of Illegal Aliens within the southern district of California.

3. On May 16th 2008, Border Patrol Agents of the El Centro Sector encountered Jesus G. D. L. as he attempted to smuggle fifteen illegal aliens for financial gain.

4. At approximately 7:46 P.M. agents from the Calexico, California Border Patrol Station encountered a white 1996 Plymouth Mini-van being driven by Jesus G. D. L. on Interstate 8 approximately thirty-four miles east of the Calexico East Port of Entry.

5. Agent M. Mireles was performing his duties in the area and observed a group of people climbing into a white mini-van. The area Agent Mireles observed this in is notorious for alien smugglers to use to pick up their human cargos because of its close proximity to the International Border with Mexico and the quickness in crossing the border and loading into waiting vehicles

6. Agent J. Gutierrez responded to the area to offer assistance to Agent Mireles. Upon arriving in the area Agent Gutierrez observed the white mini-van merging into traffic as it left the shoulder of the road. Agent Gutierrez followed and maintained a constant visual on the mini-van.

7. The mini-van made an abrupt U-turn through the median of the highway and was now heading westbound on Interstate 8. When the mini-van made the U-turn Agent Gutierrez was able to see the driver of the mini-van, later identified as Jesus G. D. L., and described him as a young male with a brown complexion wearing a white t-shirt. Agent Gutierrez continued to follow Jesus G. D. L.

8. Using his emergency lights and siren Agent Policastro attempted to stop the mini-van. Jesus G. D. L. refused to stop for the agents. Jesus G. D. L. made another abrupt U-turn through the median. When Jesus G. D. L. made the U-turn, Agent Policastro was able to see Jesus G. D. L. driving the mini-van and that he was wearing a white t-shirt.

9. Jesus G. D. L. drove the vehicle on Interstate 8 in a hazardous manner where he endangered the lives of the material witnesses named in this complaint, the lives of the motoring public and of the Agents involved. After he was not able to get away from the agents Jesus G. D. L. attempted to drive off road in order to evade the agents but the mini-van became stuck in the soft sand. When agents approached the mini-van, Jesus G. D. L. was still seated behind the steering wheel of the mini-van. When Jesus G. D. L. saw the agents he attempted to jump into the back of the mini-van with the rest of the people inside. Agents were able to identify and separate Jesus G. D. L. from the group of people.

10. Agents questioned Jesus G. D. L . And the other occupants of the mini-van. It was determined they are all citizens of Mexico illegally in the United States. Jesus G. D. L. and the other illegal aliens were arrested and transported to the Calexico California Border Patrol Station.

11. Material Witnesses to the incident are able to provide identification of the principal, Jesus G. D. L. The Material Witnesses are also able to provide significant testimony which would cooberate the statements of the Agents.

12. Based on the foregoing, I respectfully submit testimony from Luis Fernando RUIZ-Ramirez, Wilberth MAY-Martin, Nazario Guadalupe EK-Ek at trial will be material.

13. In addition, it will is impractical to secure the presence of Luis Fernando RUIZ-Ramirez, Wilberth MAY-Martin, Nazario Guadalupe EK-Ek by subpoena for the following reasons:

a. Luis Fernando RUIZ-Ramirez, Wilberth MAY-Martin, Nazario Guadalupe EK-Ek are not citizens of the United States and currently resides in Mexico with their families;

b. Luis Fernando RUIZ-Ramirez, Wilberth MAY-Martin, Nazario Guadalupe EK-Ek do not possesses any immigration documentation to be, reside or live in the United States lawfully.

c. Luis Fernando RUIZ-Ramirez, Wilberth MAY-Martin, Nazario Guadalupe EK-Ek have an incentive to avoid coming to the United States and appearing in court as a government witness as they were trying to illegally enter the United States without properly filing for admittance.

I believe that, based on the facts set out above, there is no condition or combination of conditions that would reasonably assure the appearance of Luis Fernando RUIZ-Ramirez, Wilberth MAY-Martin, Nazario Guadalupe EK-Ek. Accordingly, I respectfully request that a complaint be issued for Luis Fernando RUIZ-Ramirez, Wilberth MAY-Martin, Nazario Guadalupe EK-Ek and they be imprisoned or bailed as the case may be.

Executed on May 17, 2008 at 12:30 P.M.

Michael Mikuski
Senior Border Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 2 pages, I find probable cause to believe the Material Witnesses named in this probable cause statement are material to the United States Government's indictment which is now pending in the state of California's Juvenile Court and whose whereabouts at the time of trial will be a foreign country, or unknown; and therefore in accordance with Title 18, U.S.C., section 3144 should be detained until their testimony can be secured for the offense which was committed on May 16, 2008 in violation of Title 8, United States Code 1324.

Honorable Anthony J. Battaglia
United States Magistrate Judge

5/17/08 12:50pm
Date/Time