UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA 2008 JUN -5 P 4: 28

UNITED STATES OF AMERICA,

Plaintiff

vs.

Luis Fernando Ruiz-Ramirez, et al

Defendant(s)

CRIMINAL NO. 08mj8449

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge, **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Nozario Guadalupe Ek-Ek
885287

DATED: 6/5/08

**PETER C. LEWIS**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ______ DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by J. Flores

Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082